505 A.2d 252

**Ronald B. GARDNER**

v.

**Elaine R. GARDNER, now Elaine R. Bartholomew, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 6, 1986.

Petition for Allowance of Appeal GRANTED, No. 19 E.D. Appeal Docket 1986.